1  Jamerson C. Allen (State Bar No. 132866)
   Cara Ching-Senaha (State Bar No. 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: allenj@jacksonlewis.com
5
   Attorneys for Third Party Defendant
6  JEFFREY SPIEGEL

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRAIG YATES, an individual | Case No. 3:10-CV-00949-MHP
12 |         Plaintiff(s),       | STIPULATION TO CONTINUE THIRD-PARTY DEFENDANT JEFFREY SPIEGEL'S DEADLINE TO RESPOND TO THIRD PARTY COMPLAINT
13 | v.                          |
14 | ROUND TABLE PIZZA, et al.   |
15 |         Defendant(s).       | Complaint Filed: 03/05/2010
16
17 | GEORGE SALLABERRY and YVETTE (SARNOWSKI) USHMAN,
18 |
19 |         Third-Party Defendants
20 | v.
21 | JEFFREY SPIEGEL and PHILIP SPIEGEL,
22 |         Third-Party Defendants.

23     The third-party complaint in this action was served on Third Party Defendant Spiegel on
24 May 20, 2010.
25     Third-Party Plaintiffs George Sallaberry and Yvette (Sarnowski) Ushman and Third Party
26 Defendant Jeffrey Spiegel by and through their attorneys, hereby stipulate pursuant to Local Rule
27 6-1(a) that the time for said Third Party Defendant to file his responsive pleading to the Third
28 Party Complaint is extended from June 14, 2010, up to and including July 2, 2010. The parties to

                                          1                    Case No.: 3:10-CV-00949-MHP
           STIPULATION TO CONTINUE DEADLINE TO RESPOND
                    TO THIRD PARTY COMPLAINT

1  this stipulation further warrant and agree that nothing in this stipulation alters the date of any
2  event or deadline already fixed by court order.

3      SO STIPULATED AND AGREED:

4  Dated: June 14, 2010                          Dated: June 14, 2010

5  JACKSON LEWIS LLP                             TOBIN & TOBIN

6  
7  By: _____                 By: _____
8      Jamerson C. Allen                             Daniel Zamora

9  Attorneys for Third Party Defendant           Attorney for Third Party Plaintiffs
10 JEFFREY SPIEGEL                               GEORGE SALLABERRY and YVETTE
                                                 (SAROWSKI) USHMAN

IT IS SO ORDERED

Judge Marilyn H. Patel

United States District Court, Northern District of California

---

2
Case No.: 3:10-CV-00949-MHP
STIPULATION TO CONTINUE DEADLINE TO RESPOND
TO THIRD PARTY COMPLAINT