1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorney for Plaintiff
   CRAIG YATES, an individual
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual,        )   **CASE NO. CV-10-0949-MHP**
                                       )
10         Plaintiff,                  )   **STIPULATION OF DISMISSAL WITH**
                                       )   **PREJUDICE AND [PROPOSED]**
11  v.                                 )   **ORDER THEREON**
                                       )
12                                     )
                                       )
13  ROUND TABLE PIZZA; MONT BLANC      )
    PIZZERIAS, INC., a California      )
14  Corporation dba ROUND TABLE PIZZA; )
    GEORGE SALLABERRY; and YVETTE      )
15  SARNOWSKI,                         )
                                       )
16         Defendants.                 )
    _____)
17

18

19
        Plaintiff CRAIG YATES, by and through their counsel, and defendants' MONT BLANC
20
   PIZZERIAS, INC., a California Corporation dba ROUND TABLE PIZZA; GEORGE
21
   SALLABERRY; and YVETTE SARNOWSKI, by and through his/her/their/its counsel, stipulate
22
   to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside
23
   of the terms of the Confidential Settlement  Agreement, Release Waiver, and Covenant Not To
24
   Sue ("Agreement") herein, each party is to bear its own costs and attorneys' fees.
25
   ///
26
   ///
27
   ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        **CASE NO. CV-10-0949-MHP**

-2-

1  THEREFORE, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6

7
    Dated: April 6, 2011				THOMAS E. FRANKOVICH
8							*A PROFESSIONAL LAW CORPORATION*

9
						By:_____/S/_____
10							Thomas E. Frankovich
							Attorney for CRAIG YATES
11

12

13
    Dated: _____, 2011			TOBIN & TOBIN
14

15

16
						By: _____
17							Gregory Ryken
							Attorneys for GEORGE SALLABERRY; and
18							YVETTE SARNOWSKI,

19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON	**CASE NO. CV-10-0949-MHP**
-2-

THEREFORE, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
  Thomas E. Frankovich
Attorney for CRAIG YATES

Dated: April 4, 2011

TOBIN & TOBIN

By: _____
  Gregory Ryken
Attorneys for GEORGE SALLABERRY; and
YVETTE SARNOWSKI,

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

1 | Dated: April 6, 2011                    JACKSON  LEWIS LLP

By: _____/S/_____
 Cara Ching-Senaha
Attorneys for MONT BLANC PIZZERIAS, INC., a
California Corporation dba ROUND TABLE
PIZZA;

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: __4/7_____, 2011

IT IS SO ORDERED

Honorable Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

_Judge Marilyn H. Patel_

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    **CASE NO. CV-10-0949-MHP**

-3-